THE CUNEO EASTERN PRESS, INC., Appellant, *v.* BARNETT ASTROWSKY et al., Respondents, Impleaded with Others.

(Argued October 13, 1931; decided November 17, 1931.)

*Carroll G. Walter* for appellant.

*Irving R. Kass* and *Myron Slater* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.